(May 31, 1977)

■ In the Matter of JEANNE NAPOLI, Appellant, v JOHN KEENAN, as

Assistant Attorney-General of the State of New York and Special Prosecutor, Respondent.—Judgment, Supreme Court, New York County, entered on April 7, 1977, unanimously affirmed for the reasons stated by Sandler, J., orally on the record at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Silverman, J. P., Evans, Lane and Markewich, JJ.